ROBERT J. MALLOY, ESQUIRE (RM9222)
Robert J. Malloy, Esquire P.C.
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
ecf.rjmalloylaw@gmail.com
Attorneys for South Jersey Federal Credit Union

**Order Filed on March 26, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | | |
|---|---|---|
| IN RE | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| VANESSA JONES | : | |
| | : | CASE NO. 18-12395-JNP |
| Debtor(s); | : | CHAPTER 13 |
| LEIF JONES | : | Honorable Jerrold N. Poslusny, Jr. |
| Non-filing Co-Debtor | : | Hearing Date: March 26, 2019 10:00 AM |
| | : | |

### ORDER GRANTING SOUTH JERSEY FEDERAL CREDIT UNION RELIEF FROM THE CODEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 26, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the motion (the "Motion") of South Jersey Federal Credit Union (the "Credit Union"), by and through its counsel, Robert J. Malloy, Esquire, for an Order for relief from the automatic stay and from the co-debtor stay, and the Court having considered the matter, and for good cause, it is

**ORDERED** that the Credit Union shall be and hereby is granted relief from the automatic stay and from the co-debtor stay affecting Leif Jones, a non-filing co-debtor so that it may to pursue its rights and remedies under a loan secured by a Mortgage dated April 14, 2010 and encumbering real property owned by the Codebtor, Leif Jones, located at 312 North Tenth Street, Camden, New Jersey 08102 and more particularly described as Block 107, Lot 17 on the Tax Map of the City of Camden, Camden County, New Jersey

United States Bankruptcy Court
District of New Jersey

In re:  
Vanessa Jones  
      Debtor

Case No. 18-12395-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 26, 2019  
               Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.  
db          +Vanessa Jones,    121 Isabella Dr.,    Glassboro, NJ 08028-3436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com  
          Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
          Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com  
          Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
          Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          Victor Druziako    on behalf of Debtor Vanessa Jones bkdruziako@aol.com  
                                                                                                               TOTAL: 10