ROBERT J. MALLOY, ESQUIRE (RM9222)
Robert J. Malloy, Esquire P.C.
2 North Maple Avenue
Marlton, New Jersey 08053
(856) 596-2225
ecf.rjmalloylaw@gmail.com
Attorneys for South Jersey Federal Credit Union

**Order Filed on April 22, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

|  |  |  |
|---|---|---|
| IN RE | : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|  | : |  |
| VANESSA JONES |  | CASE NO. 18-12395-JNP |
|  | : | CHAPTER 13 |
| Debtor(s); |  |  |
|  | : | Honorable Jerrold N. Poslusny, Jr. |
|  | : | Hearing Date:  April 9, 2019 10:00 AM |
|  | : |  |

# ORDER GRANTING SOUTH JERSEY FEDERAL CREDIT UNION RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 22, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the motion (the "Motion") of South Jersey Federal Credit Union (the "Credit Union"), by and through its counsel, Robert J. Malloy, Esquire, for an Order for relief from the automatic stay and from the co-debtor stay, and the Court having considered the matter, and for good cause, it is

**ORDERED** that the Credit Union shall be and hereby is granted relief from the automatic stay so that it may pursue its rights and remedies under a loan secured by a Mortgage dated April 14, 2010 and encumbering real property owned by the Codebtor, Leif Jones, located at 312 North Tenth Street, Camden, New Jersey 08102 and more particularly described as Block 107, Lot 17 on the Tax Map of the City of Camden, Camden County, New Jersey