Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–12395–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Vanessa Jones
  121 Isabella Dr.
  Glassboro, NJ 08028

Social Security No.:
  xxx–xx–2294

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/22/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 22, 2020
JAN: kvr

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                  Case No. 18-12395-JNP
Vanessa Jones                                                           Chapter 13
         Debtor                       CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 3                  Date Rcvd: Jan 22, 2020
                               Form ID: 148                Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db            +Vanessa Jones,    121 Isabella Dr.,    Glassboro, NJ 08028-3436
aty           +Phelan Hallinan Diamond & Jones, PC,    1617 JFK Boulevard, Suite 1400,
                Philadelphia, PA 19103-1814
cr            +SJFCU,   1615 Huffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
cr            +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
cr            +WELLS FARGO BANK, NA,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
517320345    ++++AMERICAN CORADIUS INTERNATIONAL LLC,    37 RUST LN,   BOERNE TX 78006-8288
               (address filed with court:    American Coradius International LLC,    35A Rust Lane,
                Boerne, Texas 78006-8202)
517320351     +CBNA/Best Buy,    POB 790441,    St. Louis, Missouri 63179-0441
517320352      CBNA/Sears Credit Cards,    POB 6283,   Sioux Falls, South Dakota 57117-6283
517320355     +Cit Bank,    POB 7056,    Pasadena, California 91109-7056
517320358     +Comenity Capital Bank/Jewelry TV Preferr,    POB 5138,    Timonium, Maryland 21094-5138
517320361     #Department of Education/Mohela,    POB 105347,    Atlanta, Georgia 30348-5347
517447787      Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
517320366     +Merchants Credit Guide,    223 W. Jackson Blvd.,    Suite 700,   Chicago, Illinois 60606-6914
517320369     +South Jersey Federal Union,    POB 5530,   Deptford, New Jersey 08096-0530
517320370      South Jersey Gas,    PO Box 6091,    Bellmawr, New Jersey 08099-6091
517320371     +State of New Jersey Surcharge Violation,    POB 4850,    Trenton, New Jersey 08650-4850
517320372     +Sun Nova,    POB 56229,   Houston, Texas 77256-6229
517320375     +TD/Target Card Services,    POB 661070,    Dallas, Texas 75266-1070
517328872     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
517543071     +U.S. Dept of Housing & Urban Development,    451 7th Street S.W.,    Washington, DC 20410-0002
517331508     +US Dept of Education/MOHELA,    633 Sprint Drive,    Chesterfield, MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2020 01:04:05     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2020 01:04:03     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm            +EDI: WFFC.COM Jan 23 2020 05:18:00     Wells Fargo Bank,    PO Box 14517,
                Des Moines, IA 50306-3517
517320346      EDI: CINGMIDLAND.COM Jan 23 2020 05:18:00     AT&T Mobility,    POB 537104,
                Atlanta, Georgia 30353-7104
517435880     +EDI: CINGMIDLAND.COM Jan 23 2020 05:18:00     AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
517320347      E-mail/Text: bankruptcy@bbandt.com Jan 23 2020 01:03:25     BB&T Bank,    POB 200,
                Wilson, North Carolina 27894-0200
517325661     +E-mail/Text: bankruptcy@bbandt.com Jan 23 2020 01:03:25     BB&T, Bankruptcy Section,
                100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
517320348      EDI: CAPITALONE.COM Jan 23 2020 05:18:00     Capital One Bank (USA), N.A.,    POB 71083,
                Charlotte, North Carolina 28272-1083
517412172      EDI: BL-BECKET.COM Jan 23 2020 05:18:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
517320349      E-mail/Text: bncnotices@becket-lee.com Jan 23 2020 01:03:00     Capital One/Kohl's,    POB 3043,
                Milwaukee, Wisconsin 53201-3043
517351357     +E-mail/Text: legal@castlecredit.com Jan 23 2020 01:04:40     Castle Credit Co Holdings, LLC,
                8430 West Bryn Mawr Avenue, Suite 750,    Chicago, Illinois 60631-3475
517320350     +E-mail/Text: legal@castlecredit.com Jan 23 2020 01:04:40     Castle Credit Co. Holding,
                8430 W. Bryn Mawr Ave.,    Chicago, Illinois 60631-3475
517320354     +EDI: CHASE.COM Jan 23 2020 05:18:00     Chase/Bank One Card,    POB 15298,
                Wilmington, Delaware 19850-5298
517320356      E-mail/Text: bankruptcydept@wyn.com Jan 23 2020 01:04:35     Club Wyndham Plus,    POB 340090,
                Boston, Massachusetts 02241-0490
517320357     +EDI: COMCASTCBLCENT Jan 23 2020 05:18:00     Comcast,    1701 JFK Boulevard,
                Philadelphia, Pennsylvania 19103-2899
517459759     +EDI: WFNNB.COM Jan 23 2020 05:18:00     Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517320359     +E-mail/Text: kzoepfel@credit-control.com Jan 23 2020 01:04:08     Credit Control, LLC,
                5757 Phantom Dr.,    Suite 330,    Hazelwood, Missouri 63042-2429
517381612      EDI: CRFRSTNA.COM Jan 23 2020 05:18:00     Credit First NA,    PO Box 818011,
                Cleveland, OH 44181-8011
517320360      EDI: CRFRSTNA.COM Jan 23 2020 05:18:00     Credit First/Firestone,    POB 81083,
                Cleveland, Ohio 44181
517320363      EDI: DISCOVER.COM Jan 23 2020 05:18:00     Discover Financial Services,    POB 15316,
                Wilmington, Delaware 19850
517320364     +EDI: TSYS2.COM Jan 23 2020 05:18:00     DSNB/Macy's,    Bankruptcy Processing,    POB 8053,
                Mason, Ohio 45040-8053
517320362      EDI: DIRECTV.COM Jan 23 2020 05:18:00     Direct TV,    POB 5007,
                Carol Stream, Illinois 60197-5007
```

```
District/off: 0312-1          User: admin              Page 2 of 3             Date Rcvd: Jan 22, 2020
                              Form ID: 148             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517447201      +EDI: AIS.COM Jan 23 2020 05:18:00      Directv, LLC,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517320365      +E-mail/Text: fggbanko@fgny.com Jan 23 2020 01:03:00      Forster, Garbus & Garbus,
                 7 Banta Place,   Hackensack, New Jersey 07601-5604
517459350       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2020 01:00:37
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517460753       EDI: PRA.COM Jan 23 2020 05:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
517332665       EDI: PRA.COM Jan 23 2020 05:18:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (USA), N.a.,    POB 41067,    Norfolk VA 23541
517320367      +E-mail/Text: recovery@paypal.com Jan 23 2020 01:02:44      Pay Pal,    ATTN: Legal Dept.,
                 2211 N. First Street,    San Jose, California 95131-2021
517460511      +EDI: PRA.COM Jan 23 2020 05:18:00      Portfolio Recovery Associates, LLLC,    POB 41067,
                 Norfolk VA 23541-1067
517320368      +EDI: PRA.COM Jan 23 2020 05:18:00      Portfolio Recovery Services,    120 Corporate Blvd.,
                 Norfolk, Virginia 23502-4952
517320373       EDI: RMSC.COM Jan 23 2020 05:18:00      SYNCB/JC Penney,    ATTN: Bankruptcy Dept.,    POB 965060,
                 Orlando, Florida 32896-5060
517320374       EDI: RMSC.COM Jan 23 2020 05:18:00      SYNCB/Walmart,    Attn: Bankruptcy Dept.,    POB 965060,
                 Orlando, Florida 32896-5060
518144201      +E-mail/Text: bncmail@w-legal.com Jan 23 2020 01:04:18      SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121,
                 SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS 98121-3132
518144200      +E-mail/Text: bncmail@w-legal.com Jan 23 2020 01:04:18      SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
517321673      +EDI: RMSC.COM Jan 23 2020 05:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517320376       EDI: TFSR.COM Jan 23 2020 05:18:00      Toyota Financial Services,    POB 4102,
                 Carol Stream, Illinois 60197-4102
517794380       EDI: BL-BECKET.COM Jan 23 2020 05:18:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
517320377       EDI: WFFC.COM Jan 23 2020 05:18:00      Wells Fargo Home Mortgage,    8480 Stagecoach Circle,
                 Frederick, Maryland 21701
517401868       EDI: WFFC.COM Jan 23 2020 05:18:00      Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,
                 Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                                 TOTAL: 39

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517320353      CBNA/The Home Depot,    POB 6497,   Sioux Falls,
                                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jan 22, 2020
                              Form ID: 148             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Robert J. Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
          Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Victor  Druziako    on behalf of Debtor Vanessa  Jones bkdruziako@aol.com

                                                                                   TOTAL: 13